# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JIMMY ADAMS

NO. 2020 KW 0320

**JUNE 19, 2020**

---

In Re:   Jimmy Adams, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 16-CR4-130706.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

   **WRIT DENIED AS MOOT.** The records of the Washington Parish Clerk of Court's office reflect that the clerk's office mailed relator's guilty plea and sentencing transcript on June 4, 2020.

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.